# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| IN THE MATTER OF THE PETITION OF JAMES ARTHUR BIGGINS FOR A WRIT OF CERTIORARI | § § No. 352, 2014 § § |

Submitted: August 5, 2014
Decided: August 21, 2014

Before **HOLLAND, RIDGELY,** and **VALIHURA,** Justices

## O R D E R

This 21st day of August 2014, after careful consideration of the parties' submissions, it appears to the Court that:

(1)    On July 11, 2011, this Court entered an order prohibiting the petitioner, James Biggins, from "filing any further papers in this Court challenging his convictions in Cr. ID 9609015504 without prior approval of a Justice of this Court."

(2)    On May 30, 2014, Biggins filed in the Superior Court a Motion for Transcripts, Affidavit in Support of Application to Proceed *In Forma Pauperis* and a Motion for a New Trial. The Superior Court denied Biggins' motions on June 12, 2014, citing his "abuse of the processes of the Court" and because there were no grounds set forth in Biggins' motions that could not have been raised during any of his previous nine petitions for postconviction relief.

(3) On June 27, 2014, Biggins filed a notice of appeal in case No. 349, 2014 seeking review of the Superior Court's June 12, 2014 order. Biggins also filed the instant petition for a writ of certiorari seeking review of the same order. On August 18, 2014, this Court dismissed Biggins' appeal in No. 349, 2014 because it was in violation of this Court's prior injunctive order dated July 11, 2011. For the same reasons, we dismiss Biggins' petition for a writ of certiorari.

NOW, THEREFORE, IT IS ORDERED that the petition for a writ of certiorari is hereby DISMISSED.

BY THE COURT:

_____
Justice

2